In the Matter of Proving the Last Will and Testament of AMOS F. ENO, Deceased (Propounded Paper Dated June 18, 1915). LUCIUS H. BEERS and Others, Appellants; WILLIAM P. ENO and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Dowling and Page, JJ., dissented· from the inclusion of the opening of counsel in the proposed case.

ROBERT COLIN CO., INC., Appellant, v. WILLIAM E. WOLFF and Others, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Smith, J., dissented.

MISHKIND FEATURE FILM Co., INC., Respondent, v. HARRY A. LANDE, Doing Business as the FEATURE PHOTO PLAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL G. SIEGEL and Another, Appellants, v. MONTGOMERY WARD & COMPANY, Respondent.— Order modified so as to provide that the words " to the issues in this action, and particularly " be stricken out of the original order for the examination of the plaintiffs; and as so modified the order appealed from is affirmed, with ten dollars costs and disbursements to the appellants; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PAUL VALENTINO, Appellant, v. JAY G. WILBRAHAM and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HUGH S. JARVIS and Another, as Executors, etc., Appellants, v. WILLIS A. HUTCHESON, Respondent.— Order modified as stated in order and as modified affirmed, with ten dollars costs and disbursements to appellants. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

NELLIE CONDON v. ESTHER E. D. HOSMER and Another.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.